# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00830-CR
NO. 03-12-00831-CR

**Jalen Marquez Jones, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
NOS. 68929 & 69069, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Jalen Marquez Jones has filed a pro se notice of appeal in each of the above causes, seeking to appeal his convictions for the offenses of aggravated robbery and aggravated robbery with a deadly weapon. In each cause, the district court has certified that this is a plea-bargain case and that the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeals.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed

Filed:   January 25, 2013

Do Not Publish